## Pittsburgh Hardware and Door Co., Appellant, *v.* W & S Enterprises, Inc. (et al., Appellant).

Before RIAL, J.

Argued November 24, 1975. *Richard E. Myers, Jon M. Lewis*, and *Bertani, Myers & Makoski*, submitted a brief for appellant; *P. Louis DeRose, III*, with him *Scales and Shaw*, for appellee.

Order affirmed.

## Reddick *v.* Patterson, Appellant.

Before FINKELHOR, J.

Argued November 24, 1975. *Malcolm H. Waldron, Jr.*, for appellant; *Edgar M. Snyder*, with him *Watzman, Levenson & Snyder*, for appellee.

Order affirmed.

## Rupp *v.* Rupp, Appellant.

Before SPARVERO, J.

Argued November 17, 1975. *Charles D. Coll*, with him *Winston T. Roberts*, for appellant; *Henry C. Lamparski, Jr.*, with him *Irving Sikov*, for appellee.

Order affirmed.

JACOBS, J., absent.